UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three,

_____

Christopher Loeb,

    Plaintiff - Appellant,

v.

County of Suffolk, Suffolk County Police Officer Shawn Petersen, Suffolk County Police Officer Erik Pedersen, Suffolk County Police Officer Frank Santanello, Suffolk County Police Officer Mathew Kenneally, Suffolk County Police Glen Ritchie,

    Defendants - Appellees,

Other Unidentified John Doe Suffolk County Police Officers,

    Defendant.

_____

**ORDER**
Docket Number: 23-1059

A notice of appeal was filed on June 30, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due August 08, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 22, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

